UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAY RUBIN, individually and on behalf of all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br><br>SAKS DIRECT INC.,<br><br><br>Defendants. | Case No.:  3:16-cv-02197<br><br><br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Fay Rubin ("Plaintiff") and Defendant Saks Direct Inc.  Plaintiff anticipates filing a notice of voluntary dismissal of this action against with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated this 31st day of August 2016.

Respectfully Submitted,


_s/ Daniel Zemel_____
Daniel Zemel Esq.
Zemel Law, LLC
70 Clinton Ave.
Suite 3
Newark, NJ 07114
Phone: 862-227-3106
Email: dz@zemellawllc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st day of August, 2016 a true and correct copy of the foregoing document was sent to all counsel of record in the present action by e-Service via the courts ecf filing system.

_s/ Daniel Zemel___
Daniel Zemel